■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT PISCI-TELLI, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered July 7, 1983, convicting him of assault in the second degree, upon a jury verdict, and sentencing him to an intermittent term of imprisonment of one year, to be served on weekends. ¶ Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to an intermittent term of imprisonment of three months, to be served on weekends. As so modified, judgment affirmed, and matter remitted to the Supreme Court, Kings County, to specify the first and last dates upon which defendant is to be incarcerated under such sentence in accordance with section 85.00 (subd 4, par [a], cl [IV]) of the Penal Law and for further proceedings pursuant to CPL 460.50 (subd 5). ¶ Under the circumstances of this case, the sentence was excessive to the extent indicated. Bracken, J. P., Weinstein, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS V. ROSS, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Edelstein, J.), rendered May 14, 1982, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed (see *People v Medina,* 44 NY2d 199; *People v Pellegrino,* 60 NY2d 636; *People v Cooke,* 61 AD2d 1060). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO SCANTLEBERRY, Appellant. — Two judgments of the Supreme Court, Kings County (Bonomo, J.), both rendered December 10, 1982, affirmed, without prejudice to defendant's right to bring a CPLR article 78 proceeding to review the determination computing his jail time credit (see *People ex rel. Bridges v Malcolm,* 44 NY2d 875; *People ex rel. Davis v Arnette,* 44 NY2d 877). Mangano, J. P., Bracken, Weinstein and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SILVER-STEIN, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed September 13, 1983. ¶ Sentence affirmed. No opinion. ¶ This matter is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.